UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GENENTECH, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>HON. DAVID KAPPOS,<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office,<br><br>                Defendant. | Civil Action No. 09-1265 (HHK) |

## DEFENDANT'S UNOPPOSED MOTION FOR STAY

Defendant, the Honorable David Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), by and through undersigned counsel, respectfully requests that the Court enter an Order staying this action until final disposition of the appeal from Wyeth and Elan Pharma International Ltd. v. Hon. Jon W. Dudas, Civil Action No. 07-1492 (JR) ("Wyeth"). Pursuant to Local Rule 7(m), the parties conferred in this matter and Plaintiff advised that it would not oppose this request. A proposed order granting this motion is attached.

This case involves a request by Genentech to review a patent term adjustment granted by the USPTO under 35 U.S.C. § 154 and 5 U.S.C. §§ 701 through 706. The legal issues in this case are the same as those in Wyeth. On September 30, 2008, Judge Robertson granted Plaintiffs' motion for summary judgment in Wyeth, denied the USPTO's motion for summary judgment, and remanded the case to the agency for further proceedings consistent with the court's opinion. See Wyeth, Civil Action No. 07-1492 (Docket Entry Nos. 27 and 28). On November 28, 2008, the USPTO filed a

notice of appeal of the decision in Wyeth, which is now pending before the United States Court of Appeals for the Federal Circuit as Wyeth and Elan Pharma International Ltd. v. Jon W. Dudas, No. 2009-1120. See id. (Docket Entry No. 29). Defendant believes that staying this action until final disposition of the appeal in Wyeth will promote judicial economy and assist in the orderly development of precedent.

Defendant notes that motions to stay have been granted in this jurisdiction in the similar cases of (1) Ironwood Pharmaceuticals, Inc. v. Dudas, Civil Action No. 08-1932 (RMC) (Order dated January 9, 2009); (2) Molecular Insight Pharmaceuticals, Inc. et al. v. Dudas, Civil Action No. 08-2065 (JR) (Order dated February 2, 2009); (3) Purac Biochem B.V. v. Dudas, Civil Action No. 08-2067 (RBW) (Order dated February 3, 2009); (4) Biogen Idec Inc. v. Dudas, Civil Action No. 08-2061 (EGS) (Order dated February 6, 2009); (5) General Hospital Corp. v. Dudas, Civil Action No. 09-0109 (RMU) (Order dated March 30, 2009); (6) Kabushiki Kaisha Hayashibara Seibutsu Kaguku Kenkyujo v. Doll, Civil Action No. 09-0308 (CKK) (Order dated May 6, 2009); (7) Storm v. Doll, Civil Action No. 09-0629 (JDB) (Order dated June 15, 2009); (8) Novartis AG v. Doll, Civil Action No. 09-0804 (RJL) (Order dated July 2, 2009); (9) Glaxo Group Ltd. v. Doll, Civil Action No. 09-908 (RWR) (Order dated July 20, 2009); and (10) Arena Pharmaceuticals, Inc. v. Doll, Civil Action No. 09-1166 (HHK) (Order dated August 27, 2009).

Accordingly, Defendant respectfully request that the Court stay this case until final disposition of the appeal in Wyeth.

Respectfully submitted,

/s/ *Channing P. Phillips (by)*
CHANNING D. PHILLIPS, DC BAR #415793
Acting United States Attorney

/s/ *Rudolph Contreras (by)*
RUDOLPH CONTRERAS, DC Bar#434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE, PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7220
Fax:    (202) 514-8780
John.Interrante@usdoj.gov

Of counsel:

Benjamin Wood, Associate Solicitor
Office of Solicitor
United States Patent and Trade Office